## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DALE W. THORPE and RENEE M. THORPE,** | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 14-6154** |
| | : | |
| | : | |
| **UPPER MAKEFIELD TOWNSHIP,** *et al* | : | |
| Defendants. | : | |

## ORDER

**AND NOW,** this 5th day of November 2015, upon consideration of Defendants' Motion to Dismiss or for Summary Judgment [Doc. No. 15] and the responses and replies thereto, it is hereby **ORDERED** that the Motion is **GRANTED in part and DENIED in part** as follows: All claims against Defendant Kernan are **DISMISSED**, Count V is **DISMISSED** as to Upper Makefield Township, and Count IV is **DISMISSED** against all Defendants.  The Motion is otherwise **DENIED**.

It is further **ORDERED** that Plaintiffs are granted leave to file a motion for leave to file an Amended Complaint within **21 days** of the date of this Order.  If Plaintiffs choose to file such a motion, it must include a proposed Amended Complaint as an exhibit.  If Plaintiffs do not file a motion for leave to file an Amended Complaint, then Defendants shall answer the Complaint within **28 days** of the date of this Order.

It is so **ORDERED.**

BY THE COURT:

/s/Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**