IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DALE W. THORPE and RENEE M. THORPE, | : |
| Plaintiffs, | : |
| | : |
| v. | : CIVIL ACTION NO. 14-6154 |
| | : |
| UPPER MAKEFIELD TOWNSHIP, *et al* | : |
| Defendants. | : |

## ORDER

**AND NOW,** this 25th day of September 2017, upon consideration of Defendants' Motion for Summary Judgment [Doc. No. 46], and all of the responses and replies thereto, and for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that the Motion is **GRANTED** with regard to the federal claims asserted in Counts I, II, and III, and those claims are **DISMISSED with prejudice**. It is further **ORDERED** that the Court declines to exercise supplemental jurisdiction over the state-law claim for tortious interference with contractual relations in Count V, and that claim is **DISMISSED without prejudice** to its assertion in the appropriate state court. All remaining claims having been dismissed, the Clerk is directed to **CLOSE** the case.

It is so **ORDERED.**

BY THE COURT:

/s/Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**